JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ROBERT GONZALES,<br><br>    Plaintiff,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION; and DOES 1 TO 50,<br><br>    Defendants. | Case No. 5:25-cv-01774-RGK-SP<br><br>[PROPOSED] ORDER REMANDING ACTION TO STATE COURT [14] |

The Court, having read and considered the parties' Joint Stipulation to Remand Matter to the Superior Court of California, County of San Bernardino and for good cause shown, hereby ORDERS as follows:

1. This action is REMANDED to the Superior Court of California, County of San Bernardino case number "CIVSB2506802"; and

2. All deadlines, hearings and other dates in this matter are VACATED.

**IT IS SO ORDERED.**

DATED: August 26, 2025       By: *Gary Klausner*
                                                Hon. R. Gary Klausner
                                                U.S. District Judge

cc: San Bernardino County Superior, CIVSB2506802

KLINEDINST PC
2 PARK PLAZA, SUITE 1250
IRVINE, CALIFORNIA 92614