

**United States District Court**
**Central District of California**
**Office of the Clerk**

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

August 26, 2025

SAN BERNARDINO COUNTY SUPERIOR COURT
247 WEST THIRD STREET
SAN BERNARDINO, CA 92415

Re: Case Number:     5:25−cv−01774−RGK−SP
    Previously Superior Court Case No.    CIVSB2506802
    Case Name:    Robert Gonzales v. Costco Wholesale Corporation et al

Dear Sir/Madam:

    Pursuant to this Court's ORDER OF REMAND issued on    8/26/2025   , the above−referenced case is hereby remanded to your jurisdiction.

    Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

    Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS134
Los Angeles, CA 90012

Respectfully,

Clerk, U.S. District Court

By:  /s/ Linda Chai
     Deputy Clerk
     Linda_Chai@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

By: _____
    Deputy Clerk

_____
Date

G−17 (06/24)    LETTER OF TRANSMITTAL − REMAND TO SUPERIOR COURT